TIMOTHY J. YOO, (SBN 155531)
800 S FIGUEROA STREET, SUITE 1260
LOS ANGELES, CA 90017
Telephone: (310) 229-3367
Telecopier: (213) 627-7194
Email: tjytrustee@lnbyb.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT
## LOS ANGELES DIVISION

In Re:

Lucina Sanchez

Debtor(s)

Case No.: 2:10-30002-BB

10300022

Chapter: 7

NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]

COUNSEL: L. BISHOP AUSTIN
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 08/27/10 at 03:30 PM at 725 South Figueroa St., Room 101, Los Angeles, CA 90017, for the reason set forth below:

[X] You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case will be filed by the trustee.

[ ] Your schedules are incomplete. Unless amended schedules are filed and served upon me before the continued hearing date, a motion will be filed to dismiss your case.

[ ] You are required to provide the information and/or documentation requested at your initial 341(a) meeting.

[X] Other: CONTINUED FOR NON-APPEARANCE AND DOCUMENT PRODUCTION: AMENDED SCHEDULES; A CURRENT MORTGAGE STATEMENT AND PROOF OF INSURANCE FOR REAL PROPERTY; BANK STATEMENTS FOR ALL ACCOUNTS FROM 8/1/09 THROUGH AND INCLUDING THE PETITION DATE; DIVORCE DECREE/PROPERTY SETTLEMENT AGREEMENT

**DOCUMENTS MUST BE PROVIDED TO OUR OFFICE BY AUGUST 13, 2010.**

Dated: July 15, 2010

/s/ Timothy J. Yoo
TIMOTHY J. YOO, TRUSTEE

**PLEASE BRING VALID PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER TO THE MEETING. ORIGINAL DOCUMENTATION ONLY. NO PHOTOCOPIES.**